IN THE UNITED SATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY ACRES, INC., on behalf of itself, and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-123-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Century Acres, Inc., plaintiff, hereby dismisses this action without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

 

                                           /s / Jeffrey S. Goddess
                                       Jeffrey S. Goddess (No. 630)
                                       Rosenthal, Monhait & Goddess, P.A.
                                       Suite 1401, 919 Market Street
                                       P. O. Box 1070
                                       Wilmington, DE 19899-1070
                                       (302) 656-4433
                                         *Attorney for Plaintiff*